IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| JIMMY BURNS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FLORENCE COPELAND, in her ) | |
| individual capacity as ) | |
| Financial Support Worker ) | CIVIL ACTION NO. |
| with the Tallapoosa County ) | 3:10cv464-MHT |
| Department of Human ) | (WO) |
| Resources; and BRENDA FLOYD,) | |
| in her individual capacity ) | |
| as Supervisor of the ) | |
| Tallapoosa County ) | |
| Department of Human ) | |
| Resources Child Support ) | |
| Enforcement Division, ) | |
| ) | |
| Defendants. ) | |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendants Florence Copeland and Brenda Floyd's motion to dismiss (Doc. No. 9) is granted.

(2) This case is dismissed in its entirety.

It is further ORDERED that costs are taxed against plaintiff Jimmy Burns, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case is closed.

DONE, this the 31st day of March, 2011.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE